FINDINGS OF FACT
1. The deceased, James Clyde Shue, was an eligible fireman with the Locke Township Fire Department on December 14, 1995.
2. The deceased came to his death as a result of a vehicle accident while in the course and scope of his official duties and while in the discharge of his official duties as a fireman. He was responding as dispatched to a call when the fatal accident occurred.
3. He was survived by his wife, Mrs. Nancy Cannon Shue.
* * * * * * * * * * * *
Based upon the foregoing findings of fact, the Full Commission make the following:
CONCLUSIONS OF LAW
1. The deceased, James Clyde Shue, was an eligible fireman as defined in N.C. Gen. Stat. Section 143-166.2(d) at the time of his death on December 14, 1995.
2. The deceased was killed in the line of duty, as defined by N.C. Gen. Stat. Section 143-166.2(c).
3. The deceased is survived by his wife, Mrs. Nancy Cannon Shue who meets the definition of spouse contained in N.C. Gen. Stat. Section 143-166.2(e).
4. The State of North Carolina is obligated to pay the wife the sums called for in N.C. Gen. Stat. Section 143-166.3.
AWARD
There is hereby awarded to Mrs. Nancy Cannon Shue the sum of $10,000.00, said payment to be made from funds appropriated to the State Treasurer for that purpose. Thereafter, Mrs. Nancy Cannon Shue shall be paid the sum of $5,000.00 annually until the total sum, including the initial payment, reaches $25,000.00, provided she remains unmarried during said time.
A copy of this Award shall be furnished the Office of the State Treasurer for the purpose of having compliance with this Award, and the Commission shall be advised of the date or dates of payments pursuant hereto.
No costs are assessed before the Commission.
This the _________ day of _______________________, 1996.
 S/ _________________________ J. HOWARD BUNN, JR. CHAIRMAN
CONCURRING:
S/ __________________________ THOMAS J. BOLCH COMMISSIONER
S/ __________________________ LAURA K. MAVRETIC COMMISSIONER
JHB/nwm 03/07/96